13 Feb 2015

Bexar County Clerk's Office
Attn: County Court No 5
100 Dolorosa, Ste B15
San Anto, Tx 78205

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Tx 78205

14-555-CR

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 FEB 19 PM 1:4
KEITH E. HOTTLE CLERK

"Inmate Request for Information Form"
RE: Cause No 307125

Robert Martinez, Pro Se
TDCJ ID No 1931397
BxADC SID No. 327074
1203 El Cibolo Rd.
Edinburg, Tx. 78542

<u>VIA U.S. MAIL</u>

Greetings

Enclosed please find A Inmate Request For Information BCSO FORM 351-171 Rev Feb '13 signed and dated 1-28-15 Notice, I am advised by a Floor Sergeant for the Bexar County Sheriff office that my attorney is:
: Patrick Barry Montgomery, Esg.

Why do the courts continue to NoT Notify me of very important descions being made IN my case in violation of the Tx. Code of Criminal Procedure. I have made it clear that I wish to be made aware of descions being made in my case.

At this writing the Courts or importantly Mr. Montgomery have Not made me aware

if indeed he is my appointed attorney. I have wrote Mr. Montgomery now over and over and again without a response.

I was not made aware of the ruling made on my second writ of Habeas Corpus or that even a hearing was held.

I was not made aware that the courts appointed and now dismissed E. Shaughnessy as my attorney. And so on and on.

Please Allow this to Serve as my Request for an Updated "D" sheet A docket sheet. So that I can hunt for information, ruling in my case, since the courts have and continue to ignore my pleas for Notices. Procedural repeated due process violations.

Return me a copy of this complete documents Especially to include the only BCSO FORM 351-171 Rev '13 Bring this to the attention of the courts.

Respectfully submitted,
In Hoc

Notice date placed in the TDCJ
Internal mailing system.
1-13-15

cc: file
UNSWORN Declaration
Page 2

## PETITIONER'S INFORMATION

Petitioner's printed name:_____

State bar number, if applicable: _____

Address: _____

_____

_____

Telephone:_____

Fax:_____

## INMATE'S DECLARATION

I, _Robert Martinez_ , am the applicant / petitioner (circle one) and

being presently incarcerated in _Tx Dept of Criminal Justice_ , declare under penalty of

perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on _13 Feb_ , 20 _15_ .

_____
Signature of Applicant / Petitioner (circle one)

17

Rev. 01/14/14

R/28/15

# INMATE REQUEST FOR INFORMATION

| Name: Martinez Robert | | | SID # 327074 |
|---|---|---|---|
| UNIT: BG-27 | MAIN JAIL: 4th | ~~ANNEX~~ | DATE: 28 Jan 2015 |

## CIRCLE ONE (1) SECTION ONLY OR REQUEST WILL BE VOIDED

| Banking | Commissary | (Sergeant's Office) | Other: Sergeants Desk |
|---|---|---|---|
| Classification | Mail Room | | |

Requesting physical address ~~of~~ my attorney include zip, please
case No. 307125, Has he been appointed on my Writ 11.072

Response: Patrick Barry Montgomery
111 Soledad St. 300          (210) 225-5728
San Antonio, TX 78205-2230

**Inmate's Signature (Sign At Time Of Request)**

| Information Provided By: | |
|---|---|
| Section: | Date: 01/28/15 |

BCSO FORM 351-171 REV FEB '13